UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,          14CR-06092-001

Vs.                                      15CR-6016

DORON FELDMAN,

                Defendant.
_____



## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, the United States of America, through James P. Kennedy, Jr., United States Attorney, by Kevin D. Robinson, Assistant United States Attorney, of counsel, and Dr. Doron Feldman, MD ("Feldman"), Defendant, through his attorney, Randall P. Andreozzi, Esq., as follows:

WHEREAS, the Money Laundering and Asset Recovery Section ("MLARS") granted the United States Attorney's Office ("USAO") renewed request for restoration in the amount of $992,939.98 ("restored funds"), and the restored funds were received by the Clerk's Office for the Western District of New York ("Clerk") on or about March 25, 2020. After a waiting period of 30 days from the date of receipt, the Clerk shall disperse the restored funds to the victim, University of Rochester, pursuant to the Criminal Judgment entered on March 3, 2015 (Dkt. #19), and the Stipulation ("Stipulation") entered into between the parties and **So Ordered** by this Court, filed on January 27, 2020 (Dkt. 75), and incorporated into this agreement by reference;

WHEREAS, pursuant to ¶¶1 and 3 of the Stipulation, the Clerk shall apply the restored funds to Feldman's outstanding judgment balance and forward said amount to the named victim (University of Rochester), and promptly return the overpayment of $29,940.62 to Feldman;

WHEREAS, pursuant to ¶4 of the Stipulation, after Feldman's outstanding judgment balance is paid in full, the Government will file a Satisfaction of Judgment and all of the subject writs, liens, restraints, and encumbrances will be released against Feldman. This will resolve any and all current and future claims between the parties that may arise from or in connection with the litigation proceedings in this case and any related cases, and neither of the parties shall be liable to the other for attorney fees, costs, expenses, interest, or any other relief in this case or related cases not specifically provided for in this agreement.

NOW, THEREFORE, in consideration of the mutual covenants set forth herein, the parties agree that this case and any and all pending matters between the government and Dr. Feldman arising therefrom or related thereto, brought by either party, should be discontinued with prejudice. Further, that a facsimile or PDF of this Stipulation of Dismissal shall have the same force and effect as an original.

FOR THE PARTIES:

James P. Kennedy, Jr.
United States Attorney

Dated:

April 30, 2020

BY: *Kevin D. Robinson*
Kevin D. Robinson

|  |  |
|---|---|
|  | Assistant United States Attorney<br>United States Attorney's Office<br>Western District of New York<br>138 Delaware Avenue<br>Buffalo, NY 14202<br>716-843-5804<br>Kevin.D.Robinson@usdoj.gov |
| Dated: April 29, 2020 | Andreozzi Bluestein, LLC<br>BY: Randall P. Andreozzi<br>Attorney for the Defendant<br>9145 Main Street<br>Clarence, New York 14031<br>Phone: 716-565-1100<br>rpa@andreozzibluestein.com |
| Dated: April 29, 2020 BY: | BY:<br>Doron Feldman, Defendant |

IT IS SO ORDERED.

DATED: May, 2020
Rochester, NY

_____
HON. FRANK P. GERACI, JR.
Chief Judge
U.S. District Court