IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                         Plaintiff,

                                                        6:14-CR-06092-001

v.

DORON FELDMAN,

                         Defendant.
_____

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on February 18, 2015, and entered on March 3, 2015.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, May 29, 2020.

                                              JAMES P. KENNEDY, JR.
                                              United States Attorney

                        BY:    s/KEVIN D. ROBINSON
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  Western District of New York
                                  138 Delaware Avenue
                                  Buffalo, New York 14202
                                  (716) 843-5804
                                  Kevin.D.Robinson@usdoj.gov